1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSHUA TODD WOOLRIDGE, | CASE NO. 1:09-cv-01903-DLB PC |
| Plaintiff, | ORDER DISMISSING ACTION, WITHOUT PREJUDICE, FOR FAILURE TO PAY FILING FEE |
| v. | |
| CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION, et al., | (Doc. 1) |
| Defendants. | |
| _____/ | |

Plaintiff Joshua Todd Woolridge, a state prisoner proceeding pro se, filed this civil rights action pursuant to 42 U.S.C. § 1983 on September 28, 2009 in the Northern District of California. Plaintiff's case was transferred to the Eastern District of California on October 30, 2009.  Plaintiff consented to magistrate judge jurisdiction on November 16, 2009.

28 U.S.C. § 1915 governs proceedings in forma pauperis.  Section 1915(g) provides that "[i]n no event shall a prisoner bring a civil action . . . under this section if the prisoner has, on 3 or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury."  Plaintiff became subject to section 1915(g) on March 20, 2007, and is precluded from proceeding in forma pauperis unless he is, at the time the complaint is filed, under imminent

danger of serious physical injury.[1]

The Court has reviewed Plaintiff's complaint and finds that Plaintiff does not meet the imminent danger exception.[2] Andrews v. Cervantes, 493 F.3d 1047, 1053 (9th Cir. 2007).  Because Plaintiff is not under imminent danger of serious physical injury, he is ineligible to proceed in forma pauperis in this action, and is precluded from proceeding on his complaint absent the submission of the filing fee in full.

Based on the foregoing, it is HEREBY ORDERED that this action is dismissed, without prejudice to re-filing if accompanied by the $350.00 filing fee.

IT IS SO ORDERED.

Dated:    **December 10, 2009**            **/s/ Dennis L. Beck**
                                        UNITED STATES MAGISTRATE JUDGE

---

[1] The Court takes judicial notice of case numbers 5:04-cv-01602-UA-MAN Woolridge v. San Bernardino County Dep't of Childrens Svc. Dir., et al. (C.D. Cal.) (dismissed 01/20/2005 for failure to state a claim); 5:06-cv-01351-UA-MAN Woolridge v. San Bernardino County Dep't of Childrens Svc. Dir. (C.D. Cal.) (dismissed 01/03/2007 for failure to state a claim); 5:07-cv-00229-UA-DUTY Woolridge v. San Bernardino County Dep't of Childrens Svc. Dir. (C.D. Cal.) (dismissed 03/20/2007 for failure to state a claim); 5:08-cv-01815-UA-MAN Woolridge v. City/County of Riverside, et al., (C.D. Cal.) (dismissed 01/16/2009 for failure to state a claim); 5:09-cv-00314-UA-MAN Woolridge v. City/County of Riverside, et al., (C.D. Cal.) (dismissed 02/23/2009 for failure to state a claim); 1:09-cv-00158-AWI-GSA Woolridge v. Cal. Dep't of Corr. & Rehab., et al., (E.D. Cal.) (dismissed 05/15/2009 for failure to state a claim); 2:09-cv-00734-JAM-GGH Woolridge v. Cal. Dep't of Corr. & Rehab., (E.D. Cal.) (dismissed 07/27/2009 for failure to state a claim); and 5:09-cv-01377-UA-MAN Woolridge v. Anwar, (C.D. Cal.) (dismissed 07/29/2009 for failure to state a claim).

[2] Plaintiff's claim in this action arises from generalized conditions of confinement issues at Kern Valley State Prison.  The Court expresses no opinion on the merits of Plaintiff's claim.